UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


Linda L. Young
4209 Kilbourne Dr.
Fort Washington, MD 20744-1123
301 379-1155/cell
301 248-8081/home


VS.                                                                                          CIVIL ACTION NO. 08-997 JDB


Verizon Communications
serve..Kenna M. Ashley, Manager
3011 Hungary Spring Road, 2nd Floor
Richmond, VA 23228


Amended COMPLAINT


Verizon Communications have wickedly and very harshly treated my return back to work by the EEOC and demoted my position when I was analyzed for having carpul tunnel.

I was requested to have temporary medical restrictions by my doctor because of the carpul tunnel. Verizon sent me to another office to a lower position but I was placed in another capacity when I spoke up of my knowledge of performing certain tasks and began working as an executive assistant/consultant to the President's Office handling customers appeals and I worked very hard with commendations from my customers and department heads. I worked as I always worked. I worked in this office/position for two years even after my temporary medical restriction was over.

I was then called back to my office to be demoted as a mailroom clerk/clerical office assistant after two years working in this office and after the restriction was over. There were no papers to justify the unwarranted and cruel demotion. I *repeatedly* sought answers and explanations but was only told because of my medical restriction...a medical restriction that expired two years ago. And yet there was no position in this office that they were bringing me back to for my downgrade and therefore I had no work or assignments and was given meaningless and embarrassing jobs of emptying office trash baskets, cleaning and keeping clean the office refrigerator, cleaning out cubicles when needed and storage rooms.

My demotion was immediately and my pay was immediately deducted of $300.00 weekly. This pay deduction strain eventually cause me to cease from searching for real estate property that I was looking for because of the income bracket difference. But even much greater than that, I went from an *excellent* credit history to fair trying to keep bills paid on time.

I have gone through embarrassing and very harsh retaliations and a lot of it was openly done. All of this was to get me to quit. Management for sure, wickedly schemed and even produce false documents of which none of it they could prove hoping to get me to quit as Verizon was trying to find a way to terminate me, as I was suspended also in March 2005 that was related to my downgrade. A scheme by Verizon that didn't work and I received 2 days pay back out of the 3 and it took Verizon over 1-½ years to discuss with a union steward and another 4 months to return me my monies, after, I wrote letters.

- 3 -

I was finally eligible to take early retirement. To be terminated could have *severely* hurt me financially. *I couldn't afford that strain on my family*. And although this downgrade really adjusted my income bracket for retirement to a big difference in income, I still would have some kind of income coming in, instead of fighting for my job back after being terminated with no income and creditors.

I have paper work that proves Verizon actions were illegal and credible witnesses. Verizon would, could *never* provide me with paperwork for my downgrade.
They only show me paperwork that they copied from me that I showed them trying to explain an error was made on their part. I only could come to the conclusion that this was *deliberate and wickedly done*.

I am requesting that my retirement be adjusted at the income bracket that I should have retired with, returning of monies that were wrongly taken from me and for punitive damages for the repeated cruel harassments and retaliation that I under went during this time.

I would also like to request for a jury.

Thank you and sincerely,

*Mrs. Linda L. Young*

Mrs. Linda L. Young
301 379-1155/cell
301 248-8081/home

Certificate of Service
I will mail copy of amended complaint to the defendant June 18, 2008

*Linda L. Young*

EEOC Form 161 (3/98)          U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Linda L. Young<br>4209 Kilbourne Drive<br>Fort Washington, MD 20744 | From: | Washington Field Office<br>1801 L Street, N.W.<br>Suite 100<br>Washington, DC 20507 |

[ ]   On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 570-2007-01141 | Janet Stump,<br>Enforcement Supervisor | (202) 419-0736 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Dana Hutter_
Dana Hutter,
Director

APR 2 - 2008
(Date Mailed)

Enclosures(s)

cc:   Kenna M. Ashley
      Manager-EEO Compliance
      VERIZON
      3011 Hungary Spring Road, 2nd Floor
      Richmond, VA 23228