CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LINDA L. YOUNG )
)
)
      Plaintiff )
)
  v. ) Civil Case Number 08-997 (RMU)
)
)
)
VERIZON COMMUNICATIONS ) Category   H
)
)
      Defendants )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on June 18, 2008 from Judge John D. Bates to Judge Ricardo M. Urbina by direction of the Calendar Committee.

(Case Randomly Reassigned)

                                        JUDGE ELLEN S. HUVELLE
                                      Chair, Calendar and Case
                                      Management Committee

cc:   Judge Urbina & Courtroom Deputy
      Judge Bates & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk