# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Linda L. Young

vs.                                           CIVIL ACTION NO.
                                              08-cv-00997 *RMU*

Verizon Communications

## AFFIDAVIT OF SERVICE

I, Linda L. Young, hereby declare that on the 17th day of June 2008, I mailed a copy of the summons and complaint, certified mail return receipt, to Verizon Communications. Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Verizon Comm.
   ATTN: Kenna M. Ashley, mgr.
   3011 Hungary Springs Rd
   Richmond, VA. 23228

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *[signature]* ☑ Agent ☐ Addressee
B. Received by (Printed Name): L. B. Lewis Jr
C. Date of Delivery: 6/20/08
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0003 7823 8397

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

*[signature] Linda L. Young*
Kilbourne Dr.
Washington, MD 20744
379-1155