UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA L. YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS INC., <br><br> Defendant. | Civil Action No.: 08-997 RMU |

**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT
AND/OR MOTION FOR SUMMARY JUDGMENT**

Defendant, Verizon Communications Inc., by and through its undersigned counsel, hereby moves to dismiss Plaintiff Linda L. Young's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim because Plaintiff never worked for and was never employed by Verizon Communications. To the contrary, Plaintiff was at all times relevant to her Amended Complaint employed by Verizon Virginia Inc.[1] Verizon Communications Inc. also moves to dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(5) for insufficient service of process. The specific grounds for Defendant's motion are set forth in the accompanying Statement of Points and Authorities.

WHEREFORE, Verizon Communications Inc. respectfully requests that its Motion to Dismiss Plaintiff's Amended Complaint andor Motion for Summary Judgment be granted.

---

[1] Even if Plaintiff had properly named her employer, Verizon Virginia Inc., as the defendant, this Court does not have personal jurisdiction over that Virginia corporation; as such, Plaintiff's claims, if any, should be filed in the Virginia courts.

Respectfully submitted,

VERIZON COMMUNICATIONS INC.

___/s/_____
Betty S.W. Graumlich (D.C. Bar 376310)
REED SMITH LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA  23219-4068
Email:  bgraumlich@reedsmith.com
Telephone:    (804) 344-3456
Facsimile:    (804) 344-3410

Counsel for Verizon Communications Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2008, a true and correct copy of the foregoing "Motion to Dismiss Plaintiff's Amended Complaint and/or Motion for Summary Judgment" will be filed with the Court's CM/ECF Filing System and served through and by first class, U.S. mail, postage prepaid, to the following:

> Linda Young, *pro se*
> 4209 Kilbourne Drive
> Fort Washington, MD 20744

> /s/ Betty S. W. Graumlich
> Betty S. W. Graumlich  (D.C. Bar 376310)
> REED SMITH LLP
> Riverfront Plaza - West Tower
> 901 East Byrd Street, Suite 1700
> Richmond, VA  23219-4068
> Email:  bgraumlich@reedsmith.com
> Telephone:    (804) 344-3456
> Facsimile:    (804) 344-3410

> Counsel for Verizon Communications Inc.