UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LINDA L. YOUNG,

    Plaintiff,

v.

VERIZON COMMUNICATIONS INC.,

    Defendant.

Civil Action No.: 08-997 RMU

### DEFENDANT'S STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT

As more fully explained below, pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(5), the Defendant, Verizon Communications Inc. ("VZ Communications"), moves to dismiss the Amended Complaint filed by the Plaintiff, Linda L. Young ("Young"), because Young has (i) named the wrong corporation as her employer, and (ii) failed to effect proper service on VZ Communications.[1] Instead, Young served the Amended Complaint by certified mail on an employee of Verizon Services Corp. who works in Virginia and who is not an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process for either VZ Communications or Young's true employer, Verizon VA. For these reasons, Plaintiff's Amended Complaint should be dismissed without prejudice as to any future filing against the proper defendant in the proper court.

---

[1] Young also filed this lawsuit in a jurisdiction in which her true employer, Verizon Virginia Inc. ("Verizon VA") does not do business and is not authorized to do business and in which she did not work. Consequently, even if the proper party defendant were corrected, the Court would have no personal jurisdiction over the proper party defendant and venue would be improper because Young worked in the Eastern District of Virginia.

### Statement of Material Facts

Linda Young has sued VZ Communications, a corporation that has never employed Young. When Young retired, she was employed by Verizon VA, a subsidiary of the named Defendant.[2] *See* Declaration of Kenna Ashley attached as Exhibit A ¶ 2. Young worked for Verizon VA at 2980 Fairview Park Drive, Falls Church, Virginia 22042. *See* Exhibit A – Ashley Decl. ¶ 2.

Young served the Summons and Amended Complaint by certified mail on Kenna Ashley, an EEO Compliance manager employed by Verizon Services Corporation, addressed to Ashley's office in Richmond, Virginia. *See* Exhibit A - Ashley Decl. ¶ 3. The package was signed for by the mailroom clerk. Ashley is not an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process for Verizon Communications, Inc., or Verizon VA. *See* Exhibit A - Ashley Decl. ¶ 4.

### A.   The Amended Complaint Should be Dismissed Because Young Failed to Name the Proper Party Defendant.

Because Plaintiff's Amended Complaint names the wrong defendant, it fails to state a claim upon which relief can be granted and should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).[3] Based on the EEOC charge she filed, Young purportedly seeks to bring a disability discrimination claim against her former employer, but misnames the defendant as "Verizon Communications" instead of her true employer, Verizon Virginia Inc. *See* Notice of Charge of Discrimination attached as Exhibit B. As Kenna Ashley's declaration establishes, VZ Communications was not Young's employer. *See* Exhibit A - Ashley Decl. ¶ 2. For that reason

---

[2] Verizon VA is a Virginia public service corporation that is authorized to do business solely in the Commonwealth of Virginia. Verizon VA does not transact any business in the District of Columbia. Verizon VA has its headquarters at 600 E. Main St., Suite 1100, Richmond, Virginia 23219. *See* Declaration of Lydia R. Pulley attached as Exhibit C ¶ 2.

[3] In the alternative, the Court should treat the 12(b)(6) portion of this motion as a summary judgment motion and dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 56.

alone, the Amended Complaint should be dismissed. Had Young not filed this action in the wrong jurisdiction and had she properly effected service, the Court could simply substitute the correct employer as the Defendant. Because this Court has no personal jurisdiction over Young's true former employer, however, the proper remedy is to dismiss the Amended Complaint in its entirety.[4]

### B.  The Amended Complaint Should Be Dismissed for Insufficient Service of Process Regardless of Which Corporation is the Proper Party Defendant.

Under Fed. R. Civ. P. 12(b)(5), "[i]f the plaintiff does not properly effect service on a defendant, then the defendant may move to dismiss the complaint. . . . Upon such a motion, the plaintiff carries the burden of establishing that he has properly effected service." *Koerner v. United States*, 246 F.R.D. 45, 46 (D.D.C. 2007); *Hilska v. Jones*, 217 F.R.D. 16, 20 (D.D.C. 2003). This is a burden Young cannot meet. Failure of service is a jurisdictional defect which is fatal. *Bland v. Britt*, 271 F.2d 193 (4th Cir. 1959). Accordingly, courts routinely dismiss actions when service is improper. *See Light v. Wolf*, 816 F.2d 746, 750 (D.C. Cir. 1987).

Pursuant to Fed. R. Civ. P. 4(h), a corporation must be served: (1) "in a judicial district of the United States . . . in the manner prescribed by Rule 4(e)(1) for serving an individual" or "by delivering a copy of the summons and of the complaint to an officer, a managing or general agency, or to any other agent authorized by appointment or by law to receive service of process. . . ." Fed. R. Civ. P. 4(h). Rule 4(e)(1) permits service of process pursuant to the law of the state in which the district court is located or in which service is effected. *See* Fed. R. Civ. P. 4(e)(1).

---

[4] Verizon VA is a Virginia public service corporation, regulated by the Virginia State Corporation Commission, with its headquarters at 600 E. Main Street, Richmond, Virginia 23219. Verizon VA is authorized to transact business *solely* in the Commonwealth of Virginia. Verizon VA is not authorized to do business in the District of Columbia and does not do business in the District of Columbia. *See* Exhibit C - Pulley Decl. ¶¶ 2, 4. Accordingly, this Court would not have personal jurisdiction over the proper party defendant to this action and dismissal for lack of personal jurisdiction would be the proper remedy. *See Second Amendment Found. v. U.S. Conference of Mayors*, 274 F.3d 521, 524 (D.C. Cir. 2001).

To effect proper service on a corporation, the laws of both the District of Columbia and Virginia require that service be made upon either an officer of the corporation or an agent specially appointed to receive service, i.e., a registered agent. *See* D.C. Super. Ct. Civ. R. 4(h) (requiring service by delivering a copy of the summons, complaint and initial order to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process); Va. Code. Ann. §§ 8.01-299, 13.1-637 (requiring service by personal service on any officer, director, or registered agent of such corporation).

Here, Young served the Summons and Amended Complaint by certified mail on Kenna Ashley. Ashley is not "an officer, a managing or general agency, or [] any other agent authorized by appointment or by law to receive service of process" for VZ Communications. *See* Exhibit A - Ashley Decl. ¶ 4. Because the summons and complaint were not properly served on an authorized agent of VZ Communictions, the Court should dismiss the action.[5]

### Conclusion

The Court should dismiss this action because Young sued the wrong corporation in the wrong jurisdiction and failed to effect proper service over the named Defendant.

> Respectfully submitted,
> VERIZON COMMUNICATIONS INC.

---

[5] Neither is Ashley authorized to accept service on behalf of Verizon VA. *See* Exhibit A - Ashley Decl. ¶ 4. Giving Plaintiff the benefit of the doubt and assuming her Amended Complaint intended to name her employer, Verizon VA, the complaint should still be dismissed for the additional reason that she did not serve Verizon VA properly.

/s/
Betty S.W. Graumlich (D.C. Bar 376310)
REED SMITH LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA  23219-4068
Email:  bgraumlich@reedsmith.com
Telephone:    (804) 344-3456
Facsimile:    (804) 344-3410

Counsel for Verizon Communications Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2008, a true and correct copy of the foregoing "Defendant's Statement of Points and Authorities in Support of its Motion to Dismiss and/or Motion for Summary Judgment" will be filed with the Court's CM/ECF Filing System and served through and by first class, U.S. mail, postage prepaid, to the following:

> Linda Young, *pro se*
> 4209 Kilbourne Drive
> Fort Washington, MD 20744

/s/ Betty S. W. Graumlich
Betty S. W. Graumlich  (D.C. Bar 376310)
REED SMITH LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA  23219-4068
Email:  bgraumlich@reedsmith.com
Telephone:    (804) 344-3456
Facsimile:    (804) 344-3410

Counsel for Verizon Communications Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LINDA L. YOUNG,

        Plaintiff,

v.

VERIZON COMMUNICATIONS INC.,

        Defendant.

Civil Action No.: 08-997 JDB

### DECLARATION OF KENNA ASHLEY

I, Kenna Ashley, declare under penalty of perjury as follows:

1. I am over eighteen years of age and make this sworn declaration based on my own personal knowledge. I am currently employed by Verizon Services Corp. as a Senior Consultant – EEO Compliance.

2. Prior to her recent retirement, Plaintiff Linda Young was employed by Verizon Virginia Inc. She was never employed by Verizon Communications Inc.

3. Plaintiff mailed a copy of the summons and complaint in this matter to me at my Richmond, Virginia office. The letter was initially received and signed for by a mail room employee.

4. I am not an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process for Verizon Communications, Inc., Verizon VA, or Verizon Services Corp.

Exhibit A

5. Plaintiff filed an EEOC charge of Discrimination against Verizon Communications, 2980 Fairview Park Drive, Falls Church, Virginia 22042. The address on the charge was the location where she worked prior to retiring, but she named the wrong company. Because the Notice of Charge of Discrimination had the box checked for "No action is required by you at this time," Verizon Virginia Inc. never filed a response to the charge and accordingly, did not correct the named entity.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and information.

Executed in Richmond, Virginia, on this ___ day of July, 2008.

_____
Kenna Ashley
Senior Consultant – EEO Compliance
Verizon Services Corp.
3011 Hungary Spring Road, 2d Floor
Richmond, Virginia 23228

2007-028589

APR 08 1996 13:53 FR                                         TO 12145132010        P.01/02

EEOC FORM 131 (5/01)

## U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| Ms. Kenna M. Ashley<br>Manager-EEO Compliance<br>VERIZON<br>3011 Hungary Spring Road, 2nd Floor<br>Richmond, VA 23228 | **PERSON FILING CHARGE**<br><br>Linda L. Young<br>**THIS PERSON** (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br>**EEOC CHARGE NO.**<br>570-2007-01141 |

### NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[ ] Title VII of the Civil Rights Act        [X] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act    [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by _____ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to _____
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Eugene T. Reed,                          **Washington Field Office**
Investigator Support Asst                1801 L Street, N.W.
EEOC Representative                      Suite 100
Telephone (202) 419-0731                 Washington, DC 20507

Enclosure(s): [X] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [ ] AGE  [X] DISABILITY  [X] RETALIATION  [ ] OTHER

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| November 9, 2007 | Dana Hutter,<br>Director | *Dana R Hutter* |

**Exhibit B**

APR 08 1996 13:53 FR                                TO 12145132010      P.02/02

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 570-2007-01141 |

Fairfax County Human Rights Commission                          and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Linda L. Young | (301) 2■■-8081 | 03-03-1952 |

Street Address: 4209 Kilbourne Drive, Fort Washington, MD 20744

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| VERIZON COMMUNICATIONS | 500 or More | (703) 712-1467 |

Street Address: 2980 Fairview Park Drive, 3rd Floor, Falls Church, VA 22042

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-■-2002    Latest: 10-01-2002
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On December 24, 1982 I was hired by Verizon Communications as a Consultant. In October 1999 I was diagnosed with a medical condition and was given medical restrictions. In March 2000 I was reassigned to work in Beltsville, MD as an accommodation for my disability restrictions. There was no change in my job title or pay. On-or-about October 1, 2002, I was assigned back to my original site in Falls Church, VA. I was downgraded from Consultant to clerical with an immediate reduction in pay. Verizon claims my disability restrictions were still in effect (My restrictions ended in May of 2000). I remained in the downgraded clerical position until my retirement on March 23, 2007.

I believe that I was discriminated against due to my disability and subjected to retaliation in violation of the Americans With Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Nov 1, 2007
Charging Party Signature: /s/ Linda L. Young

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Received  Nov-01-2007  09:34pm  From-        To-U.S. EEOC, WFO        Page 004

** TOTAL PAGE.02 **

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LINDA L. YOUNG,

    Plaintiff,

v.

VERIZON COMMUNICATIONS INC.,

    Defendant.

Civil Action No.: 08-997 JDB

### DECLARATION OF LYDIA R. PULLEY

I, Lydia R. Pulley, declare under penalty of perjury as follows:

1. I am over eighteen years of age and make this sworn declaration based on my own personal knowledge. I serve as the Secretary and General Counsel for Verizon Virginia Inc.

2. Verizon Virginia Inc. is a Virginia public service corporation that is authorized to do business solely in the Commonwealth of Virginia. Verizon Virginia Inc. does not transact any business in the District of Columbia. Verizon Virginia Inc. has its headquarters at 600 E. Main St., Suite 1100, Richmond, Virginia 23219.

3. Verizon Virginia Inc. does not maintain a registered agent in the District of Columbia.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and information.

Exhibit C

RCHLIB-817946.1-EBMARTIN

- 2 -

Executed in Richmond, Virginia, on this _8_ day of July, 2008.

*Lydia R. Pulley*
Lydia R. Pulley

Secretary and General Counsel
Verizon Virginia Inc.
600 E. Main Street, 11th Floor
Richmond, Virginia 23219

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA L. YOUNG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>　　　　　Defendant. | Civil Action No.: 08-997 RMU |

## ORDER

UPON CONSIDERATION of the Defendant's Motion to Dimiss the Amended Complaint and/or Motion for Summary Judgment, and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that this civil action is DISMISSED without prejudice.

Upon entry of this Order, the Clerk of the Court shall send copies to all counsel of record.

Entered this ___ day of _____, 2008.

_____
United States District Court Judge