UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA L. YOUNG,<br><br>              Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>              Defendant. | Civil Action No.: 08-997 RMU |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to 7.1 of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned counsel of record for Verizon Communications Inc. certify that to the best of my knowledge and belief, the following are subsidiaries or affiliates of Verizon Communications Inc., which have outstanding securities in the hands of the public.

Verizon Communications Inc. is a publicly held corporation, which owns the following subsidiaries having securities in the hands of the public:

Verizon Delaware LLC
[formerly known as "Verizon Delaware Inc.", "Bell Atlantic - Delaware, Inc. " and "The Diamond State Telephone Company"]
Verizon Maryland Inc.
[formerly known as "Bell Atlantic - Maryland, Inc." and "The Chesapeake and Potomac Telephone Company of Maryland"]
Verizon New Jersey Inc.
[formerly known as "Bell Atlantic - New Jersey, Inc." and "New Jersey Bell Telephone Company"]
Verizon Pennsylvania Inc.

[formerly known as "Bell Atlantic - Pennsylvania, Inc." and "The Bell Telephone Company of Pennsylvania"]

Verizon Virginia Inc.

[formerly known as "Bell Atlantic - Virginia, Inc." and "The Chesapeake and Potomac Telephone Company of Virginia"]

Verizon West Virginia Inc.

[formerly known as "Bell Atlantic - West Virginia, Inc." and "The Chesapeake and Potomac Telephone Company of West Virginia, Inc."]

Verizon New York Inc.

[formerly known as "New York Telephone Company"]

Verizon New England Inc.

[formerly known as "New England Telephone and Telegraph Company"]

Verizon California Inc.

[formerly known as "GTE California Incorporated"]

Verizon Florida LLC

[formerly known as "Verizon Florida Inc." and "GTE Florida Incorporated"]

Verizon North Inc.

[formerly known as GTE North Incorporated"]

Verizon Northwest Inc.

[formerly known as GTE Northwest Incorporated"]

NYNEX Corporation

GTE Corporation

GTE Southwest Incorporated (dba Verizon Southwest)

Verizon also owns non-controlling minority interests in various companies that have publicly held securities.

Dated: July 10, 2008

Respectfully submitted,

/s/ Betty S. W. Graumlich
Betty S.W. Graumlich (D.C. Bar 376310)
REED SMITH LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA  23219-4068
Email:  bgraumlich@reedsmith.com
Telephone:    (804) 344-3456
Facsimile:    (804) 344-3410

Counsel for Verizon Communications Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2008, a true and correct copy of the foregoing "Corporate Disclosure Statement" will be filed with the Court's CM/ECF Filing System and served through and by first class, U.S. mail, postage prepaid, to the following:

Linda Young, *pro se*
4209 Kilbourne Drive
Fort Washington, MD 20744

/s/ Betty S. W. Graumlich
Betty S. W. Graumlich  (D.C. Bar 376310)
REED SMITH LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA  23219-4068
Email:  bgraumlich@reedsmith.com
Telephone:    (804) 344-3456
Facsimile:    (804) 344-3410

Counsel for Verizon Communications Inc.